IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVEY JAMES KIMMEL, | : | Civil No. 1:23-CV-00016 |
| Plaintiff, | : | |
| v. | : | |
| C.O. DOUGHTY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

### ORDER

**AND NOW**, on this 24th day of February, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant Doughty's motion for summary judgment, Doc. 30, is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in **FAVOR** of Defendant Doughty and **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
